

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2013

No. 04-13-00349-CR

**IN RE** Shane McClaine **CAIN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

On June 3, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 5, 2013.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 91-0984-CR, styled *The State of Texas v. Shane McClaine Cain*, pending in the 2nd 25th Judicial District Court, Guadalupe County, Texas, the Honorable Gus J. Strauss, presiding.